```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 16-62191-CIV-ZLOCH
```

CHARLES MCKAY,

      Plaintiff,  **FINAL ORDER OF DISMISSAL**

vs.

STELLAR RECOVERY, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal (DE 10), filed herein by both Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal (DE 10) be and the same is hereby approved, adopted, and ratified by the Court; and

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_29th\_\_\_ day of November, 2016.

                                                 WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record